# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Blue Rock Structures, Inc. ) ASBCA No. 59525
)
Under Contract No. N40085-10-D-0260 )

APPEARANCES FOR THE APPELLANT: Mr. Brent Hartness
President
Mr. Christopher Lawson
Vice President of Construction

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Tracey R. Rockenbach, Esq.
Tamiko N. Walker, Esq.
Senior Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 December 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59525, Appeal of Blue Rock Structures, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals